# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION


EDWARD TYRONE RIDLEY,

      Petitioner,

v.                                    Case No. 5:20cv126-RV-HTC

BENJAMIN FORD,
FLORIDA DEPARTMENT OF LAW ENFORCEMENT,

      Respondents.

_____/

## <u>ORDER</u>

    This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 3) that this case should be construed as a civil rights action under 42 U.S.C. § 1983 and dismissed under 28 U.S.C. § 1915(g), as Ridley is subject to the three-strikes rule, or, alternatively, that if the case is construed as an action under 28 U.S.C. § 2241, it should be dismissed for lack of jurisdiction.  Ridley filed an "emergency" objection to the Report and Recommendation (ECF Doc. 4) and an "expedited emergency" motion (ECF Doc. 5), both of which move the Court to allow him to amend his petition to remove requests for monetary damages, including punitive damages.   Having considered the Report and Recommendation,

the objection at ECF Doc. 4, and the motion at ECF Doc. 5, I have determined that the proposed amendment would be futile and that the Report and Recommendation should be adopted.  Accordingly, it is

    **ORDERED** that:

    1.    The Expedited Emergency Motion to Only Dismiss Any and All Monetary and Punitive Damages (ECF Doc. 5) is DENIED.

    2.    The Magistrate Judge's Report and Recommendation (Doc. 3) is adopted, over Petitioner's objections at ECF Doc. 4, and incorporated by reference in this Order.

    3.    This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

    4.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 3rd day of June, 2020.


s/ Roger Vinson                                        /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**